IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL A GLOVER,                   *

          Plaintiff,          *

v.                      Case No.  5:25-cv-00195-MTT-ALS

                      *

CAREY VANN et al,

                      *

         Defendant.

                      *

## J U D G M E N T

Pursuant to this Court's Order dated 3/12/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of March, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk